■ In the Matter of FRANK W. HIGGINS, III, Respondent, v SHERIFF OF CATTARAUGUS COUNTY, Appellant, and NEW YORK STATE DIVISION OF PROBATION AND CORRECTIONAL ALTERNATIVES, Respondent.—Appeal unanimously dismissed without costs as moot. Same memorandum as in *Higgins v County of Cattaraugus* (166 AD2d 923 [decided herewith]). (Appeal from order of Supreme Court, Cattaraugus County, Horey, J.—habeas corpus.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.

■ Ross W. SEAVER, Respondent, v CATTARAUGUS COUNTY et al., Appellants.—Appeal unanimously dismissed without costs as moot. Same memorandum as in *Higgins v County of Cattaraugus* (166 AD2d 923 [decided herewith]). (Appeal from judgment of Supreme Court, Cattaraugus County, Horey, J.—art 78.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN CETOLA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—violation of probation.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.